IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN O. MURILLO, | ) | 1:09cv0865 DLB |
| | ) | |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | (Doc. 14) |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss filed on February 11, 2010, this action is DISMISSED WITH PREJUDICE. Each party shall bear his/her own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **February 13, 2010**         **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1